DESIGNATION OF DISTRICT JUDGE
FOR SERVICE ON COURT OF APPEALS

WHEREAS the business of the Court of Appeals for the Circuit requires the designation and assignment of a district judge to sit upon the court; now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(a), I do hereby designate and assign the Honorable Max O. Cogburn, Jr., United States District Judge for the Western District of North Carolina, to sit upon the Court of Appeals for the Fourth Circuit on Tuesday, December 10, 2019, and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

_____
Chief Judge
Fourth Circuit

Dated Oct 1, 2019